IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SE PROPERTY HOLDINGS, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 12-0643-CG-C |
| | ) | |
| **DONALD STACEY RYALS and** | ) | |
| **RECOVERY INDUSTRIES, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order on summary judgment entered on September 16, 2013 (Doc. 33), it is **ORDERED, ADJUDGED** and **DECREED** that judgment is entered in favor of plaintiff, SE Property Holdings, LLC, and against defendant, Donald Stacey Ryals in the amount of $1,339,212.76, and against defendant, Recovery Industries, Inc., in the amount of $291,322.24.  Attorneys' fees and costs are awarded in favor of SE Property Holdings, LLC, and against Donald Stacey Ryals and Recovery Industries, Inc. in the amount of $53,730.76.[1]

**DONE and ORDERED** this 18th day of October, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] Count III of the plaintiff's complaint is hereby dismissed in accordance with the Order entered herein on October 7, 2103 (Doc. 40).